# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:09 CV 502

| | |
|---|---|
| JOHN CHUBIRKO, | )<br>) |
| Plaintiff | )<br>) |
| V | )      **ORDER**<br>) |
| BETTER BUSINESS BUREAU OF<br>SOUTHERN PIEDMONT, INC., et al., | )<br>)<br>) |
| Defendants | )<br>) |

**THIS MATTER** is before the court on John H. Culver, III's Application for Admission to Practice *Pro Hac Vice* of Morton Gerald Forbes. It appearing that Morton Gerald Forbes is a member in good standing with the Georgia Bar and will be appearing with John H. Culver, III, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that John H. Culver, III's Application for Admission to Practice *Pro Hac Vice* (#8) of Morton Gerald Forbes is **GRANTED**, and that Morton Gerald Forbes is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with John H. Culver, III.

Signed: December 22, 2009

Dennis L. Howell
United States Magistrate Judge