# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09 CV 502

| | |
|---|---|
| JOHN CHUBIRKO, | )<br>) |
| Plaintiff | )<br>) |
| V | )     **ORDER**<br>) |
| BETTER BUSINESS BUREAU OF<br>SOUTHERN PIEDMONT, INC., et al., | )<br>)<br>) |
| Defendants | ) |

**THIS MATTER** is before the court on Heather C. White's Application for Admission to Practice *Pro Hac Vice* of Jerry W. Blackwell. It appearing that Jerry W. Blackwell is a member in good standing with the Minnesota Bar and will be appearing with Heather C. White, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Heather C. White's Application for Admission to Practice *Pro Hac Vice* (#136) of Jerry W. Blackwell is **GRANTED**, and that Jerry W. Blackwell is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Heather C. White.

Signed: May 5, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge