# United States District Court
# For The Western District of North Carolina
# Charlotte Division

John Chubirko,

    Plaintiff,                                        JUDGMENT IN A CIVIL CASE

vs.                                                    3:09-cv-502-FDW

Better Business Bureau of Southern Piedmont, Inc., et al.,

    Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 10, 2011 Order.

                                                    Signed: February 10, 2011

*Frank G. Johns, Clerk*
*United States District Court*